# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ TENNESSEE

UNITED STATES OF AMERICA

V.

MIchael Chad Duncan

## EXHIBIT AND WITNESS LIST

Case Number:  2:19-CR-167

| PRESIDING JUDGE Cynthia Richardson Wyrick | PLAINTIFF'S ATTORNEY Robert M. Reeves | DEFENDANT'S ATTORNEY L. Dudley Senter, III |
|---|---|---|
| TRIAL DATE (S) 4/27/2020 | COURT REPORTER DCR | COURTROOM DEPUTY Jason Keeton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W | 4/27/2020 | x | x | Johnny Duncan |
|  | 1 | 4/27/2020 | x | x | Letter from doctor |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.