UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CR-00167-RLJ |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBBIE ENGLISH, et al. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

Defendant has filed a Motion to Sever and Memorandum in Support [Docs. 129 &

130]. The United States is directed to file a response to this motion by **June 8, 2020**.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge