IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *Status Conference*

USA vs **English et al**     Date: June 29, 2020

Case No. **2:19-CR-167**     Time 10:15 to 10:25

============================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Robert M. Reeves |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

============================================================

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| *Robbie English (1) | Douglas L. Payne via video |
| *Robert Gene Edwards, Jr (4) | Corey B. Shipley via telephone |
| *Michael Chad Duncan (5) | L. Dudley Senter, III via telephone |
| *Corey McInturff (9) | **Jerry W. Laughlin |

**PROCEEDINGS:**

☐ Dates selected for scheduling as follows:

Jury Trial _____
before the Honorable R. Leon Jordan in Knoxville

Estimated length of trial_____ **DAYS**_____

Motion cut-off _____

Response deadline _____

Plea Bargain cut-off _____

☑ Order to enter:   Status Conference/Scheduling Conference reset to 7/28/2020 at 3:00 p.m.

*Defendant's presence not required  **did not participate

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-19-CR-167_20200629_100945