UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,      )
      )
   Plaintiff,      )      2:19-CR-167-(1), (4)
      )
  vs.      )
      )
ROBBIE ENGLISH, et al.      )
      )
   Defendants      )
      )

## **ORDER**

Defendant English has filed a Motion to Continue Defendant's Motion Due Date [Doc. 178] A hearing will be held on this Motion by teleconference on **Thursday, September 3, 2020 at 2:30 p.m.** To participate, counsel should call 1-888-278-0296 and enter access code 1539438 at the appointed time.

SO ORDERED:


/s Cynthia Richardson Wyrick
United States Magistrate Judge